UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JOHNNY EARL ALEXANDER,

    Petitioner,

v.

    No. 1:22-CV-00028-H

DIRECTOR, TDCJ-CID,

    Respondent.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice for want of prosecution.

Dated August 22, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge